## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Vascular Solutions LLC, Teleflex Life
Sciences Limited, Arrow International
LLC, and Teleflex LLC,

Case No. 19-cv-1760 (PJS/TNL)

Plaintiffs,

v.

**ORDER**

Medtronic, Inc., and Medtronic
Vascular, Inc.,

Defendants.

This matter is before the Court on Plaintiffs' Unopposed Motion for Substitution of Parties Pursuant to Fed. R. Civ. P. 25(c), ECF No. 538. Pursuant to Rule 25(c), "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party."

Plaintiffs request the Court to order the substitution of Teleflex Life Sciences LLC for Teleflex Life Sciences Limited as a Plaintiff and Counterclaim-Defendant in this case. *Id.* at 1. This request results from an asset transfer and a merger, both of which were conducted in December 2023. *Id.* at 1-2. Defendants do not oppose the request. *Id.* at 2.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Unopposed Motion for Substitution of Parties Pursuant to Fed. R. Civ. P. 25(c) is **GRANTED**.

1

2.  Teleflex Life Sciences LLC shall be substituted for Teleflex Life Sciences Limited as a Plaintiff and Counterclaim-Defendant in this action and the case caption shall be amended accordingly.

3.  The parties need not file amended complaints, answers, counterclaims, answers to counterclaims, or other pleadings to effectuate this change; and any reference to Teleflex Life Sciences Limited in the parties' prior pleadings, filings, and other papers in this action shall be treated as a reference to Teleflex Life Sciences LLC.


Dated: January 23, 2024

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Vascular Solutions LLC et al v.*
*Medtronic, Inc et al,*
Case No. 19-cv-1760 (PJS/TNL)