UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

QXMEDICAL, LLC,

    Plaintiff,

v.                                                                                          Civil No. 17-1969 (LMP/TNL)

VASCULAR SOLUTIONS LLC, ET AL.,

    Defendants.

_____

VASCULAR SOLUTIONS LLC, ET AL.,

    Plaintiffs,

v.                                                                                          Civil No. 19-1760 (NEB/TNL)

MEDTRONIC INC, ET AL.,

    Defendants.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 17-cv-1969 (LMP/TNL) having been assigned to Judge Laura M. Provinzino and Magistrate Judge Tony N. Leung and Case No. 19-cv-1760 (NEB/TNL) having later been assigned to Judge Nancy E. Brasel and Magistrate Judge Tony N. Leung, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 19-cv-1760 (NEB/TNL) be assigned to Judge Laura M. Provinzino and Magistrate Judge Tony N. Leung nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to

1

reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: November 1, 2024                          s/ Laura M. Provinzino
                                                 LAURA M. PROVINZINO
                                                 United States District Judge


Dated: November 1, 2024                          s/Nancy E. Brasel
                                                 NANCY E. BRASEL
                                                 United States District Judge